

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2019

No. 04-18-00897-CV

**IN THE INTEREST OF D.E.P., A CHILD,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00219
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

      This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant has filed a motion for extension of time to file appellant's brief. Appellant's motion is GRANTED. Appellant's brief is due on January 16, 2019.

      Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court